# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MIRROR IMAGING LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:17-cv-00507-JRG-RSP |
| | § | LEAD CASE |
| BOKF NA, *et. al*, | § | |
| *Defendants*. | § | |
| FIRST NATIONAL BANK OF OMAHA, | § | Case No. 2:17-cv-00508-JRG-RSP |
| | § | MEMBER CASE |
| *Defendant*. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) ("Stipulation"), filed by Plaintiff Mirror Imaging LLC, and Defendant First National Bank of Omaha (collectively, the "Parties"). Dkt. No. 104.

After consideration, the Court **APPROVES** the Parties' Stipulation. It is therefore **ORDERED** that all claims in Member Case No. 2:17-cv-0508 shall be **DISMISSED WITH PREJUDICE** and each party shall bear its own costs, expenses, and attorneys' fees

The Clerk shall close the Member Case and keep the Lead Case open.

**So ORDERED and SIGNED this 17th day of September, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE